# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> DR. DEOL, Nebraska Department of Correctional Services Medical Director, individually and in their official capacities; GARY J. HUSTAD, MD, individually and in their official capacities; DAN DANAHER, Physician Assistant, individually and in their official capacities; and DR. JEFFREY KASSELMAN, in his individual and official capacity; <br><br> Defendants. | **4:18CV3020** <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Defendants' Motion to Extend Deadline to File Motion for Summary Judgment. (Filing No. 40.) Upon due consideration, Defendants' motion is granted. Accordingly,

IT IS ORDERED:

1. The deadline for filing dispositive motions is extended to **July 8, 2019**. All dispositive motions shall be filed on or before that date.

2. All other deadlines in the court's Order Setting Schedule for Progression of Case (filing no. 35) remain the same.

3. The clerk's office is directed to set the following pro se case management deadline: **July 8, 2019**: Check for dispositive motion(s).

Dated this 3rd day of July, 2019.

                                        BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        Senior United States District Judge