IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS BROWN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DR. DEOL, Nebraska Department of Correctional Services Medical Director, individually and in their official capacities; GARY J. HUSTAD, MD, individually and in their official capacities; DAN DANAHER, Physician Assistant, individually and in their official capacities; and DR. JEFFREY KASSELMAN, in his individual and official capacity;<br><br>　　　　　　Defendants. | **4:18CV3020**<br><br>**ORDER** |

Defendant's motion for summary judgment is pending.

Accordingly,

IT IS ORDERED that on the court's own motion, further progression deadlines, including the drafting deadlines for the Order on Final Pretrial Conference, are set aside pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the defendant shall contact the undersigned magistrate judge's chambers to re-set the progression deadlines.

Dated this 30th day of August, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge